UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  THE BANKRUPTCY OF

BENGE LAMON DONALDSON                    CASE NO. 10-40080-LMK
                                         CHAPTER 13

_____Debtor._____/

**OBJECTION OF JOE KEITH FINLAYSON TO CHAPTER 13 PLAN**

Joe Keith Finlayson files this objection to the Chapter 13 Plan of the Debtor and states:

1.    Creditor, Joe Keith Finlayson, holds a secured claim against the debtor of $34,406.19.

2.    The claim is secured by a mortgage on real property, which is the homestead of the debtor.

3.    The amount of arrearage at the time the case was filed was $7,633.59 and a proof of claim reflecting that amount and the total claim was filed on April 28, 2010.

4.    No objection to the claim has been made.

5.    Debtor's proposed Chapter 13 plan incorrectly states the pre-petition arrearage owed to Joe Keith Finlayson.

6. The plan fails to cure arrearages as required under 11 USC §1322(b)(2).

**WHEREFORE**, Joe Keith Finlayson requests the court deny confirmation of the proposed Chapter 13 plan and grant such other relief as may be deemed appropriate.

**DATED** this 5th day of May, 2010.

_____
MARY W. COLON
Florida Bar No. 0184012
SMITH, THOMPSON, SHAW &
    MANAUSA, P.A.
3520 Thomasville Road, 4th Floor
Tallahassee, Florida 32309-3469
marybethc@stslaw.com
Attorneys for Joe Keith Finlayson

## CERTIFICATE OF SERVICE

**I HEREBY** certify a true and correct copy of the foregoing was furnished, this 5th day of May, 2010, by electronic or U.S. Mail to:

Allen P. Turnage, Esquire
P.O. Box 15219
Tallahassee, Florida 32317

Leigh D. Hart, Trustee
P.O. Box 646
Tallahassee, Florida 32302

_____
MARY W. COLON